# United States District Court
# For The Western District of North Carolina
# Statesville Division

JANICE COLLINS,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              5:07CV116

CHEMICAL COATINGS, INC.
and TIMOTHY HARWOOD,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/31/2010 Order.

Signed: March 31, 2010

Frank G. Johns, Clerk
United States District Court